No. 71–964. PENNSYLVANIA v. WARE. Sup. Ct. Pa. The order of this Court dated March 20, 1972 [405 U. S. 987], insofar as it granted the petition for writ of certiorari, is vacated. Certiorari denied, it appearing that the judgment below rests upon an adequate state ground.

No. 71–977. SHEPHERD v. OKLAHOMA. Ct. Crim. App. Okla. Motions to dispense with printing petition and respondent's briefs granted. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–5845. COLEMAN v. CRAMER. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6120. SHIELDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted

No. 71–1144. MILSTEIN ET AL. v. GAF CORP.; and
No. 71–1161. GAF CORP. v. MILSTEIN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted in No. 71–1144. Reported below: 453 F. 2d 709.

No. 71–5423. MOSES ET AL. v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 71–6141. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.